**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**V.** **INFORMATION NO.** 5: 26-CR-112-KKC
**18 U.S.C. § 1519**

**DONOVAN SHEETS**

* * * * *

**THE UNITED STATES CHARGES:**

On or about June 28, 2025, in Fayette County, in the Eastern District of Kentucky,

**DONOVAN SHEETS,**

acting in relation to and in contemplation of a matter within the jurisdiction of the United States Department of Justice Office of Inspector General, an agency of the United States, knowingly falsified and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, **SHEETS**, acting under color of law as a senior officer specialist at the Federal Medical Center Lexington, a detention facility within the Bureau of Prisons, wrote an incident report that contained false and misleading statements to cover up the unlawful assault of Inmate A in his cell by another officer. The incident report was false and misleading in that **SHEETS** falsely claimed in the report that Inmate A had been handcuffed prior to officers entering Inmate A's cell. The incident report was also false and misleading by omission of

the fact that another officer assaulted Inmate A without justification.

In violation of 18 U.S.C. § 1519.

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**EMILY K. GREENFIELD**
**ASSISTANT UNITED STATES ATTORNEY**

**PENALTIES**

Not more than 20 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.